# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4628
_____

ROHBANNI WILSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

August 7, 2018

PER CURIAM.

AFFIRMED. *See Romero v. State*, 105 So. 3d 550, 553-54 (Fla. 1st DCA 2012) (holding that *Graham v. Florida*, 560 U.S. 48 (2010), does not apply to offenders eighteen years of age or older).

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, Joanna A. Mauer, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Kaitlin Weiss, Assistant Attorney General, Tallahassee, for Appellee.